# EXHIBIT B

The information available on Case.net is provided as a service and is not considered an official court record.

Case.net:2611-CC00894 - PATRICK BAKER V CHUBB ET AL (E-CASE) - Docket Entries

| Respond to Selected Documents |          Sort by date: Descending Ascending          Display options: All Entries   ⌄

**07/30/2026**

**Note to Clerk eFiling**

**Filed By:** RYAN P SCHELLERT

**Amended Motion/Petition Filed**

Plaintiffs First Amended Petition for Damages.

**Filed By:** RYAN P SCHELLERT

**On Behalf Of:** PATRICK BAKER

**07/21/2026**

**Corporation Served**

Document ID - 26-SMCC-1830; Served To - CHUBB; Served Date - 07/17/2026; Served Time - 12:30:00; Service Type - SD; Reason Description - SERV; Service Text -

**Notice of Service**

26-SMCC-1830; Electronic Filing Certificate of Service.

**07/17/2026**

**Corporation Served**

Document ID - 26-SMCC-1831; Served To - TEKSYSTEMS, INC.; Served Date - 07/13/2026; Served Time - 08:00:00; Service Type - SD; Reason Description - SERV; Service Text -SUMMONS SERVED TO CSC LAWYERS, S. LEWIS- DESIGNEE

**07/01/2026**

**Summons Issued-Circuit**

Document ID: 26-SMCC-1831, for TEKSYSTEMS, INC. SUMMONS SAVED AND ATTACHED IN PDF FORM FOR ATTORNEY TO RETRIEVE FROM SECURE CASE.NET. MLM

**Summons Issued-Circuit**

Document ID: 26-SMCC-1830, for CHUBB SUMMONS SAVED AND ATTACHED IN PDF FORM FOR ATTORNEY TO RETRIEVE FROM SECURE CASE.NET. MLM

**06/29/2026**

**Filing Info Sheet eFiling**

**Filed By:** RYAN P SCHELLERT

**Pet Filed in Circuit Ct**

Petition.

**Filed By:** RYAN P SCHELLERT

**On Behalf Of:** PATRICK BAKER

**2611-CC00894**

Electronically Filed - St Charles Circuit Div - June 29, 2026 - 04:53 PM

## IN THE CIRCUIT COURT OF SAINT CHARLES COUNTY, MISSOURI
### CIRCUIT JUDGE DIVISION

| | | |
|---|---|---|
| **PATRICK BAKER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Cause No.:** |
| **vs.** | ) | |
| | ) | **Division:** |
| **CHUBB** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Serve: | ) | |
| **CT Corporation System** | ) | |
| **5661 Telegraph Rd – Ste 4B** | ) | |
| **St. Louis, MO 63129-4275** | ) | |
| | ) | |
| **And** | ) | |
| | ) | |
| **TEKSYSTEMS, INC.** | ) | |
| | ) | |
| Serve: | ) | |
| **CSC-Lawyers Incorporating Service** | ) | |
| **Company** | ) | |
| **221 Bolivar Street** | ) | |
| **Jefferson City, MO 65101** | ) | |
| | ) | |
| **Defendants.** | ) | |

## PETITION FOR DAMAGES

COMES NOW, Plaintiff Partrick Baker, by and through his attorneys and his Petition for Damages and, against Defendant CHUBB and Defendant TEKsystems, Inc., states:

## JURISDICTION AND PARTIES

1.     Plaintiff Patrick Baker is an individual who is and was at all times herein after mentioned, a resident of the State of Missouri and the County of St. Charles.

2.     Defendant CHUBB ("CHUBB") is a foreign general business – for profit that regularly conducts business in Saint Charles County, Missouri at its office located at: 1 Progress Point Pkwy, St. Charles, MO 63304.

1

Electronically Filed - St Charles Circuit Div - June 29, 2026 - 04:53 PM

3. Defendant TEKsystems, Inc. ("TEKsystems") a foreign general business – for profit that regularly conducts business in Saint Charles County, Missouri.

4. Venue is proper pursuant to §508.010 and §213.111 RSMo because a substantial part of the events giving rise to this cause of action occurred in Saint Charles County, Missouri.

5. Jurisdiction is proper pursuant to the Missouri Human Rights Act, § 213.010 RSMo., et seq. (MHRA) and §478.070 RSMo.

6. Plaintiff timely filed a charge of discrimination against Defendant TEKsystems on September 2, 2025 with the U.S. Equal Employment Opportunity Commission (EEOC), Charge number 560-2025-04241, which was dually filed with the Missouri Commission on Human Rights (MCHR), Charge Number FE-09/25-39613.

7. Plaintiff timely filed a charge of discrimination against Defendant CHUBB on September 2, 2025 with the U.S. Equal Employment Opportunity Commission (EEOC), Charge number 560-2025-04240, which was dually filed with the Missouri Commission on Human Rights (MCHR), Charge Number FE-09/25-39536.

8. Plaintiff was issued a Notice of Right to Sue from the EEOC on or about March 31, 2026 on Charge No.: 560-2025-04241 against Defendant TEKsystems.

9. Plaintiff was issued a Notice of Right to Sue from the MCHR on or about April 1, 2026 on Charge No.: 560-2025-04241; FE-09/25-39613 against Defendant TEKsystems.

10. Plaintiff was issued a Notice of Right to Sue from the EEOC on or about March 31, 2026 on Charge No.: 560-2025-04240 against Defendant CHUBB.

11. Plaintiff was issued a Notice of Right to Sue from the MCHR on or about April 1, 2026 on Charge No.: 560-2025-04240; FE-09/25-39536 against Defendant CHUBB.

Electronically Filed - St Charles Circuit Div - June 29, 2026 - 04:53 PM

**FACTS COMMON TO ALL COUNTS**

12.     At all relevant times, Plaintiff was employed by Defendant TEKsystems.

13.     At all relevant times, Plaintiff was employed by Defendant CHUBB.

14.     The two Defendants shared management and control over Plaintiff's work activities and essential terms and conditions of employment and were joint employers of him.

15.     Plaintiff worked for Defendant CHUBB and Defendant TEKsystems as a customer service representative beginning on or about May 5, 2025.

16.     Plaintiff is disabled in that he has Asperger's Syndrome and anxiety which are mental impairments that substantially limits major life activities including sleeping, learning, concentrating, thinking, communicating, and working.  Plaintiff's disabilities also substantially limit Plaintiff's brain and neurological major bodily functions.

17.     Plaintiff is currently 55 years of age.

18.     Plaintiff's supervisors and trainer were in their 30's.

19.     Most of the other customer service representatives employed by Defendants were younger than Plaintiff.

20.     Plaintiff disclosed to Plaintiff's trainer and managers that he had Asperger's Syndrome.

21.     Plaintiff's trainer, Scott became increasingly hostile towards Plaintiff after Plaintiff disclosed he has Asperger's Syndrome.

22.     Plaintiff's trainer, Scott told Plaintiff that he did not want to be friends with Plaintiff.

23.     Plaintiff's coworkers noticed that he treated Plaintiff differently.

Electronically Filed - St Charles Circuit Div - June 29, 2026 - 04:53 PM

24. Plaintiff's trainer, Scott harassed Plaintiff, including by sending numerous messages and emails.

25. Plaintiff received a positive evaluation on or about August 25, 2025.

26. On August 26, 2025, Plaintiff complained to Plaintiff's managers about Scott's harassing and discriminating conduct towards Plaintiff.

27. On August 27, 2025 Plaintiff's manager Ben called Plaintiff and told him, that he was terminated.

28. Defendant CHUBB and Defendant TEKsystems discriminated against Plaintiff because of his disabilities and age and retaliated against Plaintiff for his complaints of discrimination.

## COUNT I – VIOLATIONS OF THE MISSOURI HUMAN RIGHTS ACT – AS TO ALL DEFENDANTS

29. Plaintiff restates and incorporates as though fully stated herein, all previous and subsequent paragraphs of his Petition.

30. This count is authorized and instituted under the Missouri Human Rights Act (MHRA), Section 213.010 R.S.Mo. et seq.

31. At all relevant times herein, Defendant CHUBB and Defendant TEKsystems were employers as defined by the MHRA.

32. Plaintiff is a member of the class of people intended to be protected by the Missouri Human Rights Act, including, section 213.010, et seq.

33. At all times relevant herein the Plaintiff was a person between the ages of 40 and 70.

34. Plaintiff is disabled as defined under the MHRA, more particularly his disabilities entail permanent injuries that impairs major life activities.

4

Electronically Filed - St Charles Circuit Div - June 29, 2026 - 04:53 PM

35.     During Plaintiff's employment with Defendant CHUBB and Defendant TEKsystems, he was treated differently because of his age, disability and/or perceived disability, and his complaints of discrimination and in retaliation for Plaintiff's complaints of discrimination.

36.     Defendant CHUBB and Defendant TEKsystems took discriminatory actions towards the Plaintiff in regard to his job duties including terminating him and/or failing to reinstate or rehire him and by treating younger and non-disabled employees more favorable.

37.     Defendant CHUBB and Defendant TEKsystems were aware of Plaintiff's disabilities or perceived him to be disabled.

38.     Plaintiff was subject to discriminatory actions by Defendant CHUBB and Defendant TEKsystems and their agents and employees.

39.     The discrimination and retaliation of the Plaintiff affected a term, condition, or privilege of his employment.

40.     Defendant CHUBB and Defendant TEKsystems took discriminatory actions towards the Plaintiff in regard to his job duties by terminating Plaintiff from his employment, by failing to reinstate or rehire him, because of his age, disability and/or perceived disability, and by retaliating against the Plaintiff because of his age, disability and/or perceived disability and his complaints of discrimination including terminating him and/or failing to reinstate or rehire him.

41.     Defendant CHUBB and Defendant TEKsystems articulated reasons for their actions were pretexts for unlawful actions.

42.     Defendant CHUBB and Defendant TEKsystems limited, segregated, or classified Plaintiff in a way which would deprive or tend to deprive him of employment opportunities or

Electronically Filed - St Charles Circuit Div - June 29, 2026 - 04:53 PM

otherwise adversely affect his status as an employee, because of his age, disability and/or perceived disability, and his complaints of discrimination.

43.     Defendant CHUBB and Defendant TEKsystems discharged, discriminated and retaliated against Plaintiff with respect to his compensation, terms, conditions, or privileges of employment, because of his age, disability and/or perceived disability, and his complaints of discrimination and for his exercising of his rights under the Missouri Human Rights Act, as it relates to employment.

44.     Defendant CHUBB and Defendant TEKsystems retaliated and discriminated against Plaintiff because he opposed practices prohibited by Chapter 213 R.S.Mo. and/or because he filed a complaint, testified, assisted, or participated in investigations, proceedings or hearings conducted pursuant to Chapter 213 R.S.Mo.

45.     Plaintiff's age, disability and/or perceived disability, and his complaints of discrimination and opposition to practices prohibited by Chapter 213 of the Missouri Revised Statutes were a motivating factor in Defendant CHUBB and Defendant TEKsystems' discrimination and retaliation and actions against him including his termination, and/or failing to reinstate or rehire him.

46.     Defendant CHUBB and Defendant TEKsystems actions were directly and causally connected to Plaintiff's opposition of practices prohibited by the MHRA.

47.     The Plaintiff has suffered financial loss including but not limited to lost wages and benefits, decreased business opportunities, emotional pain, suffering, inconvenience, loss of enjoyment of life and incurred attorney fees and costs as a result of the actions of Defendant CHUBB and Defendant TEKsystems.

Electronically Filed - St Charles Circuit Div - June 29, 2026 - 04:53 PM

**WHEREFORE**, the Plaintiff pray this court after a trial by jury, for which a jury is hereby demanded, to find that Defendant CHUBB and Defendant TEKsystems have violated the rights of the Plaintiff as set forth above; That a Judgment be entered ordering Defendant CHUBB and Defendant TEKsystems to make Plaintiff whole for the loss of income he has suffered as a result of the unlawful acts of discrimination,  including back pay from the time of the unlawful discrimination with interest thereon and fringe benefits, front pay, compensatory damages, damages for past and future mental anguish, inconvenience, loss quality of life, and pain and suffering, and other affirmative relief necessary to eradicate the effects of Defendant CHUBB and Defendant TEKsystems unlawful employment practices, in an amount to be determined at trial, in excessive of $25,000.00; Allow Plaintiff the costs of this action, including reasonable attorney fees and expenses incurred; Grant such additional and affirmative relief as the Court may deem just and proper.

## DEMAND FOR A JURY TRIAL

Plaintiff, through counsel, respectfully request a trial by jury on all issues.

Respectfully submitted,

**KASPER LAW FIRM, LLC**

By: */s/ Ryan Schellert*
Kevin J. Kasper, #52171
Ryan P. Schellert, #56710
3930 Old Hwy 94 South - Suite 108
St. Charles, MO 63304
Ph: 636-922-7100
Fax: 866-303-2874
Email: KevinKasper@KasperLawFirm.net
Email: RyanSchellert@KasperLawFirm.net

*ATTORNEYS FOR PLAINTIFF*

7



# Summons in Civil Case

IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| Judge or Division:<br>DEBORAH JEAN ALESSI | Case Number:  2611-CC00894 | |
|---|---|---|
| Plaintiff/Petitioner:<br>PATRICK BAKER<br><br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address<br>RYAN P SCHELLERT<br>3930 OLD HWY 94 SOUTH, STE 108<br>SAINT CHARLES, MO  63304 | |
| Defendant/Respondent:<br> CHUBB | Court Address:<br>300 N 2ND STREET<br>SAINT CHARLES, MO  63301 | (Date File<br>Stamp for<br>Return) |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | | |

The State of Missouri to:   **CHUBB**
                            **Alias:**
                            **CT CORPORATION SYSTEM**
                            **5661 TELEGRAPH RD ¿ STE 4B**
                            **ST. LOUIS, MO  63129**
   **Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

*COURT SEAL OF*



| 01-JUL-2026 | /S/ CHERYL CROWDER |
|---|---|
| Date | Clerk |

*ST. CHARLES COUNTY*

**Further Information:**

**Case Number: 2611-CC00894**

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the

defendant/respondent with _____, a person at least 18 years

of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date)

at _____ (time).

_____     _____
      Printed Name of Officer or Server                          Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____ _____
                               Date                  Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-1830**
2 of 2 (2611-CC00894)                              Civil Procedure Form No. 1, SCR 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo



# Summons in Civil Case

IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| Judge or Division:<br>DEBORAH JEAN ALESSI | Case Number:  2611-CC00894 |
|---|---|
| Plaintiff/Petitioner:<br>PATRICK BAKER<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>RYAN P SCHELLERT<br>3930 OLD HWY 94 SOUTH, STE 108<br>SAINT CHARLES, MO  63304 |
| Defendant/Respondent:<br> CHUBB | Court Address:<br>300 N 2ND STREET<br>SAINT CHARLES, MO  63301 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp for Return) |

**The State of Missouri to:**    TEKSYSTEMS, INC.
**Alias:**
**CSC-LAWYERS INCORPORATING SERV**
**221 BOLIVAR STREET**
**JEFFERSON CITY, MO  65101**

**Other Addresses:**


You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

*COURT SEAL OF*



*ST. CHARLES COUNTY*

| 01-JUL-2026 | /S/ CHERYL CROWDER |
|---|---|
| Date | Clerk |

**Further Information:**

**Case Number: 2611-CC00894**

### Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the

defendant/respondent with _____, a person at least 18 years

of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date)

at _____ (time).

_____          _____
     Printed Name of Officer or Server                          Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*          My commission expires: _____ _____
                                                            Date                              Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# Summons in Civil Case

IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

RECEIVED

JUL 1 0 2026

COLE COUNTY
SHERIFF'S OFFICE

| | |
|---|---|
| Judge or Division:<br>DEBORAH JEAN ALESSI | Case Number: **2611-CC00894** |
| Plaintiff/Petitioner:<br>PATRICK BAKER<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>RYAN P SCHELLERT<br>3930 OLD HWY 94 SOUTH, STE 108<br>SAINT CHARLES, MO  63304 |
| Defendant/Respondent:<br> CHUBB | Court Address:<br>300 N 2ND STREET<br>SAINT CHARLES, MO  63301 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | |

(Date File
Stamp for
Return)

The State of Missouri to:    **TEKSYSTEMS, INC.**
**Alias:**
**CSC-LAWYERS INCORPORATING SERV**
**221 BOLIVAR STREET**
**JEFFERSON CITY, MO  65101**

Other Addresses:

FILED

JUL 1 7 2026

CIRCUIT CLERK
ST. CHARLES COUNTY

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**



**ST. CHARLES COUNTY**

| 01-JUL-2026 | /S/ CHERYL CROWDER |
|---|---|
| Date | Clerk |

**Further Information:**

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-1831**
1 of 2 (2611-CC00894)                                    Civil Procedure Form No. 1, SCR 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

6594  $50.00

Case Number: 2611-CC00894

## Officer's or Server's Return

**Note to serving officer:** Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

[ ] delivering a copy of the summons and petition to the defendant/respondent.

[ ] leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

[✓] (for service on a corporation) delivering a copy of the summons and petition to:

CSC Lawyers, S. Lewis _____ (name) designee _____ (title).

[ ] other: _____.

Served at 350 E. High St _____ (address)
in Colo _____ (County/City of St. Louis), MO, on 07-13-26 _____ (date)
at 800Am _____ (time).

Sheriff, John P Wheeler by  St Aimee Whee _____
_____Printed Name of Officer or Server_____ / _____Signature of Officer or Server_____

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*      My commission expires: _____ _____
                                    Date              Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - ST CHARLES CIRCUIT DIV - July 21, 2026 - 08:40 AM



# Summons in Civil Case    26-39964    RETURN    SB  7-31

IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| Judge or Division:<br>DEBORAH JEAN ALESSI | Case Number: 2611-CC00894 | |
|---|---|---|
| Plaintiff/Petitioner:<br>PATRICK BAKER<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>RYAN P SCHELLERT<br>3930 OLD HWY 94 SOUTH, STE 108<br>SAINT CHARLES, MO  63304 | |
| Defendant/Respondent:<br>CHUBB | Court Address:<br>300 N 2ND STREET<br>SAINT CHARLES, MO  63301 | (Date File<br>Stamp for<br>Return) |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | | |

The State of Missouri to:    CHUBB         30
                             Alias:        CTCOR
**CT CORPORATION SYSTEM**            SW.
**5661 TELEGRAPH RD ¿ STE 4B**
**ST. LOUIS, MO  63129**

2026 JUL 14  PM 2:56   RECEIVED
ST. LOUIS COUNTY SHERIFF'S OFFICE

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**

CIRCUIT COURT OF MISSOURI

**ST. CHARLES COUNTY**

| 01-JUL-2026 | /S/ CHERYL CROWDER |
|---|---|
| Date | Clerk |

**Further Information:**

uuu 7-15-26

Electronically Filed - ST CHARLES CIRCUIT DIV - July 21, 2026 - 08:40 AM

Case Number: 2611-CC00894

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the

defendant/respondent with _____, a person at least 18 years

of age residing therein.

☑ (for service on a corporation) delivering a copy of the summons and petition to:

_____Traci M._____ (name) _Intake specialist_ (title).

☑ other: __CT CoRp_____.

Served at _5661 Telegraph Rd, Ste 6B, 63129_ (address)

in ____St Louis_____ (County/City of St. Louis), MO, on_7 – 17 – 26_ (date)

at __12:30__ (time).

__Kevin Pugh_____          _____
Printed Name of Officer or Server          Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____  _____
                              Date                Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - ST CHARLES CIRCUIT DIV - July 21, 2026 - 08:40 AM



# Summons in Civil Case

26-39964    RETURN    SB    7-31

IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DEBORAH JEAN ALESSI | Case Number:  2611-CC00894 |
| Plaintiff/Petitioner:<br>PATRICK BAKER | Plaintiff's/Petitioner's Attorney/Address<br>RYAN P SCHELLERT<br>3930 OLD HWY 94 SOUTH, STE 108<br>SAINT CHARLES, MO  63304 |
| vs. | |
| Defendant/Respondent:<br>CHUBB | Court Address:<br>300 N 2ND STREET<br>SAINT CHARLES, MO  63301 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp for Return) |

The State of Missouri to:   CHUBB    30 CTCOR SW.
Alias:
CT CORPORATION SYSTEM
5661 TELEGRAPH RD ¿ STE 4B
ST. LOUIS, MO  63129

Other Addresses:

RECEIVED 2026 JUL 14 PM 2:56 ST. LOUIS COUNTY SHERIFF'S OFFICE

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**



**ST. CHARLES COUNTY**

| 01-JUL-2026 | /S/ CHERYL CROWDER |
|---|---|
| Date | Clerk |

**Further Information:**

7-15-26

Electronically Filed - ST CHARLES CIRCUIT DIV - July 21, 2026 - 08:40 AM

Case Number: 2611-CC00894

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the

defendant/respondent with _____, a person at least 18 years

of age residing therein.

☑ (for service on a corporation) delivering a copy of the summons and petition to:

_Traci M._ (name) _Intake specialist_ (title).

☑ other: _CT CoRp_ .

Served at _5661 Telegraph Rd, Ste 6B, 63129_ (address)

in _St Louis_ (County/City of St. Louis), MO, on_7 - 17 - 26_ (date)

at _12:30_ (time).

_Kevin Pugh_

_____        _____
Printed Name of Officer or Server            Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

(Seal)        My commission expires: _____  _____

Date            Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - ST CHARLES CIRCUIT DIV - July 30, 2026 - 11:40 AM

**IN THE CIRCUIT COURT OF SAINT CHARLES COUNTY, MISSOURI**
**CIRCUIT JUDGE DIVISION**

| | |
|---|---|
| PATRICK BAKER, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Cause No.:    2611-CC00894** |
| vs. | ) |
| | ) **Division:    2** |
| CHUBB INA HOLDINGS, LLC | ) |
| | ) **JURY TRIAL DEMANDED** |
| And | ) |
| | ) |
| TEKSYSTEMS, INC. | ) |
| | ) |
| **Defendants.** | ) |

**PLAINTIFF'S FIRST AMENDED PETITION FOR DAMAGES**

COMES NOW, Plaintiff Partrick Baker, by and through his attorneys and his First Amended Petition for Damages and, against Defendant Chubb INA Holdings, LLC and Defendant TEKsystems, Inc., states:

**JURISDICTION AND PARTIES**

1.    Plaintiff Patrick Baker is an individual who is and was at all times herein after mentioned, a resident of the State of Missouri and the County of St. Charles.

2.    Defendant Chubb INA Holdings, LLC ("Chubb INA") is a limited liability company that regularly conducts business in Saint Charles County, Missouri at its office located at: 1 Progress Point Pkwy, St. Charles, MO 63304.

3.    Defendant TEKsystems, Inc. ("TEKsystems") a foreign general business – for profit that regularly conducts business in Saint Charles County, Missouri.

4.    Venue is proper pursuant to §508.010 and §213.111 RSMo because a substantial part of the events giving rise to this cause of action occurred in Saint Charles County, Missouri.

1

Electronically Filed - ST CHARLES CIRCUIT DIV - July 30, 2026 - 11:40 AM

5.       Jurisdiction is proper pursuant to the Missouri Human Rights Act, § 213.010 RSMo., et seq. (MHRA) and §478.070 RSMo.

6.       Plaintiff timely filed a charge of discrimination against Defendant TEKsystems on September 2, 2025 with the U.S. Equal Employment Opportunity Commission (EEOC), Charge number 560-2025-04241, which was dually filed with the Missouri Commission on Human Rights (MCHR), Charge Number FE-09/25-39613.

7.       Plaintiff timely filed a charge of discrimination against Defendant Chubb INA on September 2, 2025 with the U.S. Equal Employment Opportunity Commission (EEOC), Charge number 560-2025-04240, which was dually filed with the Missouri Commission on Human Rights (MCHR), Charge Number FE-09/25-39536.

8.       Plaintiff was issued a Notice of Right to Sue from the EEOC on or about March 31, 2026 on Charge No.: 560-2025-04241 against Defendant TEKsystems.

9.       Plaintiff was issued a Notice of Right to Sue from the MCHR on or about April 1, 2026 on Charge No.: 560-2025-04241; FE-09/25-39613 against Defendant TEKsystems.

10.       Plaintiff was issued a Notice of Right to Sue from the EEOC on or about March 31, 2026 on Charge No.: 560-2025-04240 against Defendant Chubb INA.

11.       Plaintiff was issued a Notice of Right to Sue from the MCHR on or about April 1, 2026 on Charge No.: 560-2025-04240; FE-09/25-39536 against Defendant Chubb INA.

## FACTS COMMON TO ALL COUNTS

12.       At all relevant times, Plaintiff was employed by Defendant TEKsystems.

13.       At all relevant times, Plaintiff was employed by Defendant Chubb INA.

14.       The two Defendants shared management and control over Plaintiff's work activities and essential terms and conditions of employment and were joint employers of him.

Electronically Filed - ST CHARLES CIRCUIT DIV - July 30, 2026 - 11:40 AM

15.    Plaintiff worked for Defendant Chubb INA and Defendant TEKsystems as a customer service representative beginning on or about May 5, 2025.

16.    Plaintiff is disabled in that he has Asperger's Syndrome and anxiety which are mental impairments that substantially limits major life activities including sleeping, learning, concentrating, thinking, communicating, and working.  Plaintiff's disabilities also substantially limit Plaintiff's brain and neurological major bodily functions.

17.    Plaintiff is currently 55 years of age.

18.    Plaintiff's supervisors and trainer were in their 30's.

19.    Most of the other customer service representatives employed by Defendants were younger than Plaintiff.

20.    Plaintiff disclosed to Plaintiff's trainer and managers that he had Asperger's Syndrome.

21.    Plaintiff's trainer, Scott became increasingly hostile towards Plaintiff after Plaintiff disclosed he has Asperger's Syndrome.

22.    Plaintiff's trainer, Scott told Plaintiff that he did not want to be friends with Plaintiff.

23.    Plaintiff's coworkers noticed that he treated Plaintiff differently.

24.    Plaintiff's trainer, Scott harassed Plaintiff, including by sending numerous messages and emails.

25.    Plaintiff received a positive evaluation on or about August 25, 2025.

26.    On August 26, 2025, Plaintiff complained to Plaintiff's managers about Scott's harassing and discriminating conduct towards Plaintiff.

3

Electronically Filed - ST CHARLES CIRCUIT DIV - July 30, 2026 - 11:40 AM

27.     On August 27, 2025 Plaintiff's manager Ben called Plaintiff and told him, that he was terminated.

28.     Defendant Chubb INA and Defendant TEKsystems discriminated against Plaintiff because of his disabilities and age and retaliated against Plaintiff for his complaints of discrimination.

### COUNT I – VIOLATIONS OF THE MISSOURI HUMAN RIGHTS ACT – AS TO ALL DEFENDANTS

29.     Plaintiff restates and incorporates as though fully stated herein, all previous and subsequent paragraphs of his Petition.

30.     This count is authorized and instituted under the Missouri Human Rights Act (MHRA), Section 213.010 R.S.Mo. et seq.

31.     At all relevant times herein, Defendant Chubb INA and Defendant TEKsystems were employers as defined by the MHRA.

32.     Plaintiff is a member of the class of people intended to be protected by the Missouri Human Rights Act, including, section 213.010, et seq.

33.     At all times relevant herein the Plaintiff was a person between the ages of 40 and 70.

34.     Plaintiff is disabled as defined under the MHRA, more particularly his disabilities entail permanent injuries that impairs major life activities.

35.     During Plaintiff's employment with Defendant Chubb INA and Defendant TEKsystems, he was treated differently because of his age, disability and/or perceived disability, and his complaints of discrimination and in retaliation for Plaintiff's complaints of discrimination.

Electronically Filed - ST CHARLES CIRCUIT DIV - July 30, 2026 - 11:40 AM

36.    Defendant Chubb INA and Defendant TEKsystems took discriminatory actions towards the Plaintiff in regard to his job duties including terminating him and/or failing to reinstate or rehire him and by treating younger and non-disabled employees more favorable.

37.    Defendant Chubb INA and Defendant TEKsystems were aware of Plaintiff's disabilities or perceived him to be disabled.

38.    Plaintiff was subject to discriminatory actions by Defendant Chubb INA and Defendant TEKsystems and their agents and employees.

39.    The discrimination and retaliation of the Plaintiff affected a term, condition, or privilege of his employment.

40.    Defendant Chubb INA and Defendant TEKsystems took discriminatory actions towards the Plaintiff in regard to his job duties by terminating Plaintiff from his employment, by failing to reinstate or rehire him, because of his age, disability and/or perceived disability, and by retaliating against the Plaintiff because of his age, disability and/or perceived disability and his complaints of discrimination including terminating him and/or failing to reinstate or rehire him.

41.    Defendant Chubb INA and Defendant TEKsystems articulated reasons for their actions were pretexts for unlawful actions.

42.    Defendant Chubb INA and Defendant TEKsystems limited, segregated, or classified Plaintiff in a way which would deprive or tend to deprive him of employment opportunities or otherwise adversely affect his status as an employee, because of his age, disability and/or perceived disability, and his complaints of discrimination.

43.    Defendant Chubb INA and Defendant TEKsystems discharged, discriminated and retaliated against Plaintiff with respect to his compensation, terms, conditions, or privileges of employment, because of his age, disability and/or perceived disability, and his complaints of

5

Electronically Filed - ST CHARLES CIRCUIT DIV - July 30, 2026 - 11:40 AM

discrimination and for his exercising of his rights under the Missouri Human Rights Act, as it relates to employment.

44. Defendant Chubb INA and Defendant TEKsystems retaliated and discriminated against Plaintiff because he opposed practices prohibited by Chapter 213 R.S.Mo. and/or because he filed a complaint, testified, assisted, or participated in investigations, proceedings or hearings conducted pursuant to Chapter 213 R.S.Mo.

45. Plaintiff's age, disability and/or perceived disability, and his complaints of discrimination and opposition to practices prohibited by Chapter 213 of the Missouri Revised Statutes were a motivating factor in Defendant Chubb INA and Defendant TEKsystems' discrimination and retaliation and actions against him including his termination, and/or failing to reinstate or rehire him.

46. Defendant Chubb INA and Defendant TEKsystems actions were directly and causally connected to Plaintiff's opposition of practices prohibited by the MHRA.

47. The Plaintiff has suffered financial loss including but not limited to lost wages and benefits, decreased business opportunities, emotional pain, suffering, inconvenience, loss of enjoyment of life and incurred attorney fees and costs as a result of the actions of Defendant Chubb INA and Defendant TEKsystems.

**WHEREFORE**, the Plaintiff pray this court after a trial by jury, for which a jury is hereby demanded, to find that Defendant Chubb INA Holdings, LLC and Defendant TEKsystems have violated the rights of the Plaintiff as set forth above; That a Judgment be entered ordering Defendant Chubb INA Holdings, LLC and Defendant TEKsystems to make Plaintiff whole for the loss of income he has suffered as a result of the unlawful acts of discrimination, including back pay from the time of the unlawful discrimination with interest

6

Electronically Filed - ST CHARLES CIRCUIT DIV - July 30, 2026 - 11:40 AM

thereon and fringe benefits, front pay, compensatory damages, damages for past and future mental anguish, inconvenience, loss quality of life, and pain and suffering, and other affirmative relief necessary to eradicate the effects of Defendant Chubb INA Holdings, LLC and Defendant TEKsystems unlawful employment practices, in an amount to be determined at trial, in excessive of $25,000.00; Allow Plaintiff the costs of this action, including reasonable attorney fees and expenses incurred; Grant such additional and affirmative relief as the Court may deem just and proper.

## DEMAND FOR A JURY TRIAL

Plaintiff, through counsel, respectfully request a trial by jury on all issues.

Respectfully submitted,

**KASPER LAW FIRM, LLC**

By: */s/ Ryan Schellert*
Kevin J. Kasper, #52171
Ryan P. Schellert, #56710
3930 Old Hwy 94 South - Suite 108
St. Charles, MO 63304
Ph: 636-922-7100
Fax: 866-303-2874
Email: KevinKasper@KasperLawFirm.net
Email: RyanSchellert@KasperLawFirm.net

*ATTORNEYS FOR PLAINTIFF*