**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **PATRICK BAKER,** <br> **Plaintiff,** <br> **v.** <br> **CHUBB INA HOLDINGS, LLC, et al.,** <br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **Case No.: 4:26-cv-01284-JMD** |

**MANDATORY CERTIFICATION REGARDING**
**GENERATIVE ARTIFICIAL INTELLIGENCE**

Pursuant to Section XVIII of Judge Joshua M. Devine's Requirements:

I, the undersigned attorney, hereby certify that I have read and will comply with all judge-specific requirements for Judge Joshua M. Divine, United States District Judge for the Eastern and Western Districts of Missouri. I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence, including quotations, citations, paraphrased assertions, and legal analysis, will be fully checked for accuracy by a human being using print reporters or traditional legal databases before it is submitted to the Court. I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

Respectfully submitted,

POLSINELLI PC

By: */s/ Eric E. Packel*

ERIC E. PACKEL #44632MO
GABRIEL D. GOMEZ #77276MO
900 W. 48th Place, Suite 900
Kansas City, MO 64112
816-753-1000
Fax: 816-753-1536
epackel@polsinelli.com
ggomez@polsinelli.com

ATTORNEYS FOR DEFENDANT TEKSYSTEMS, INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was served (_X_) electronically via the Court's notification system; (____) by United States Mail, postage prepaid; and/or (____) by E-mail this 20th day of August, 2026, to:

Kevin J. Kasper
Ryan P. Schellert
Kasper Law Firm LLC
3930 Old Hwy 94 South, Suite 108
St. Charles, MO 63304
kevinkasper@kasperlawfirm.net
ryanschellert@kasperlawfirm.net

ATTORNEYS FOR PLAINTIFF

Samantha J. Monsees
Darian D. Doser
Fisher & Phillips LLP
4622 Pennsylvania Avenue, Suite 910
Kansas City, MO 64105
smonsees@fisherphillips.com
ddoser@fisherphillips.com

ATTORNEYS FOR DEFENDANT
CHUBB INA HOLDINGS, LLC

*/s/ Eric E. Packel*